# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2020

161262(49)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JODY POHLMAN,

      Plaintiff-Appellant,

v

JAMES G. POHLMAN,

      Defendant-Appellee.

_____/

SC: 161262
COA: 344121
Oakland CC: 2017-853588-DO

On order of the Chief Justice, the motion of the Family Law Council of the State Bar of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on July 16, 2020 is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2020



Clerk